1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                    * * *

9    SUSANNE ZIEGLER, individually, and as )    2:11-CV-01301-PMP-VCF
     (proposed) Special Administratrix of the )
10   Estate of FRANCESCO SANFILIPPO,         )
                                             )
11             Plaintiff,                    )            ORDER
                                             )
12    vs.                                    )
                                             )
13   LAS VEGAS METROPOLITAN POLICE )
     DEPARTMENT; CARL GUILFORD;              )
14   individually, NAPHCARE, INC., an        )
     Alabama corporation qualified to do     )
15   business in the State of Nevada,        )
                                             )
16             Defendants.                   )
                                             )
17

18          This action was commenced on August 11, 2011, by Susanne Ziegler,

19   individually, and as (proposed) Special Administratrix of the Estate of Francesco Sanfilippo

20   (Doc. #1).  On September 29, 2011, Defendant NAPHCARE, Inc., filed a Motion to

21   Dismiss Plaintiff's Complaint (Doc. #11) which motion was joined by Defendant Las Vegas

22   Metropolitan Police Department (Doc. #14) on September 30, 2011.

23          At the hearing on Defendant's Motion conducted December 6, 2011, counsel for

24   Plaintiff Ziegler advised the Court although no action has been taken by the Nevada Probate

25   Court on the Petition of Susanne Ziegler and Alexander M. Mazzola to be Appointed Co-

26   Administrators of the Estate of Francesco Sanfilippo, it is anticipated that approval will be

forthcoming shortly.  Nonetheless, it is clear at this stage the Court lacks jurisdiction to consider the claims set forth in Plaintiff's Complaint because Plaintiff Susanne Ziegler is not the administrator of the Estate of Francesco Sanfilippo, and it appears under NRS §41.100.(3) and NRS §139.010(4), she may not be qualified to serve in that capacity.  As result, the Court finds it appropriate to grant Defendant NAPHCARE's Motion to Dismiss as joined by Defendant Las Vegas Metropolitan Police Department without prejudice to the dully appointed Administrator or Co-Administrators of the Estate of Francesco Sanfilippo to bring appropriate claims for relief once if and when they are appointed.

**IT IS THEREFORE ORDERED** that Defendant NAPHCARE, Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. #11) as joined by Defendant Las Vegas Metropolitan Police Department (Doc. #14) is **GRANTED**.

DATED:  December 15, 2011.

_____
PHILIP M. PRO
United States District Judge