# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUSANNE ZEIGLER,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.,*<br><br>    Defendants. | 2:11-cv-01301-PMP -VCF<br><br>**ORDER**<br><br>**(Motion To Extend Time To Serve Complaint #30)** |

  Before the court is the matter of *Zeigler v. Las Vegas Metropolitan Police Department et al* (Case No 2:11-cv-01301-PMP -VCF).

  Plaintiff filed her complaint on August 11, 2011. (#1). On September 12, 2011, defendant Naphcare filed a motion to dismiss (#11), and on September 30, 2011, defendant Las Vegas Metropolitan Police Department filed a joinder (#14) thereto. On December 15, 2011, the court issued an order granting the motion to dismiss (#11), and holding that "at this stage the Court lacks jurisdiction to consider the claims set forth in [p]laintiff's [c]omplaint" because plaintiff is not the administrator of the estate. (#27). The court dismissed the complaint *without prejudice* for "the dully appointed Administrator or Co-Administrators of the Estate of Francesco Sanfilippo to bring appropriate claims for relief...if and when they are appointed." *Id.* On December 16, 2011, plaintiff filed a notice of compliance with the court's order, providing the court with a copy of the order granting the application for appointment of special co-administrators and for issuance of letters of special administration filed

with the State Court, and stating that plaintiff will supplement upon receipt of the file stamped copy. (#28).

On November 5, 2012, the court issued a notice of intent to dismiss pursuant to Local Rule 41-1. (#29). On November 20, 2012, plaintiff filed a motion to extent time to serve complaint, asserting that the "instant [c]omplaint" was filed on June 25, 2012.  (#30).  No entry on the court's docket reflects the filing of any supplement to plaintiff's notice of compliance (#28) or the filing of a complaint other than the original complaint filed on August 11, 2011 (#1).

Accordingly and for good cause shown,

IT IS ORDERED that, on or before December 10, 2012, plaintiff must file with the court her amended complaint and supplement to her notice of compliance (#28), and defendants must file any opposition to the motion to extend time to serve complaint (#30).

DATED this 26th day of November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE