**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendant LVMPD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SUSANNE ZIEGLER, individually, and as
Special Co-Administrator of the Estate of
FRANCISCO SANFILIPPO, and ALEXANDER
M. MASSOL, as Special Co-Administrator of the
Estate of FRANCISCO SANFILIPPO,

                   Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; CARL GILFORD,
individually; NAPHCARE, INC., an Alabama
corporation qualified to do business in Nevada;
DOE OFFICERS I-X, individually and in their
official capacity; DOE HEALTHCARE
PROVIDERS I-X, individually believed to be
employees of Naphcare, Inc. and DOES XI-XX,
inclusive,

                   Defendants.

Case No.:    2:11-cv-01301-JAD-VCF

## SUBSTITUTION OF ATTORNEYS

Defendant Las Vegas Metropolitan Police Department, hereby substitutes Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, as attorney of record in place and stead of: Thomas D. Dillard, Jr., Esq., of Olson, Cannon, Gormley, Angulo & Stoberski.

Dated this ___ day of January, 2016.

                   LAS VEGAS METROPOLITAN POLICE
                   DEPARTMENT

                   By: _Ruth Miller_

///

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:05166-898 2693630_1 1/13/2016 5:21 PM

I consent to the above substitution:

Dated this ___ day of January, 2016.

OLSON,      CANNON,      GORMLEY,
ANGULO & STOBERSKI

By: _Z. D. Dillard_
    _____
    Thomas D. Dillard, Jr., Esq.
    Nevada Bar No. 6270
    9950 W. Cheyenne Ave.
    Las Vegas, NV 89129

I am duly admitted to practice in this District. Above substitution accepted.

Dated this _18_ day of January, 2016.

MARQUIS AURBACH COFFING

By _____
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for Defendants

Please check one:  _X_ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED

Dated this _19_ day of January, 2016.

_____
United States ~~District~~ Judge
Magistrate

Page 2 of 3

MAC:05166-898 2693630_1 1/13/2016 5:21 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SUBSTITUTION OF ATTORNEYS** was submitted electronically for filing and/or service with the United States District Court on the 15th day of January, 2016.  Electronic service of the foregoing document shall be made in accordance with the CM/ECF-Service List as follows:

Seetal Tejura, Esq.
7401 W. Charleston Blvd.
Las Vegas, NV  89117
Attorney for Defendant Naphcare
efile@alversontaylor.com

E. Brent Bryson, Esq.
7730 W. Sahara Ave., Ste. 109
Las Vegas, NV  89117
Attorney for Plaintiff
ebbesqltd@yahoo.com

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

n/a

_____
an employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 3 of 3

MAC:05166-898 2693630_1 1/13/2016 5:21 PM