# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SUSANNE ZEIGLER, *et al.*,

    Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

2:11-cv-01301-JAD-VCF

**ORDER**

    Before the court is Defendant Carl Guilford's Motion to Transport to Settlement Negotiation (#99). Defendant Naphcare filed a response stating that no settlement conference has been scheduled between the parties. (#101). Since there is no settlement conference, the need to transport Guilford to a settlement conference does not exist.

    Accordingly,

    IT IS HEREBY ORDERED that Defendant Carl Guilford's Motion to Transport to Settlement Negotiation (#99) is DENIED as unnecessary.

    DATED this 25th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE