ALVERSON, TAYLOR, MORTENSEN & SANDERS
LEANN SANDERS, ESQ. (#000390)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000 / (702) 385-7000 Facsimile
efile@alversontaylor.com
Attorneys for Defendant
NAPHCARE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

>*<

| | |
|---|---|
| SUSANNE ZIEGLER, individually, and as Special Co-Administrator of the Estate of FRANCESCO SANFILIPPO; and ALEXANDER M. MAZZOLA, as Special Co-Administrator of the Estate of FRANCESCO SANFILIPPO, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CARL GUILFORD, individually; NAPHCARE, INC., an Alabama corporation qualified to do business in the State of Nevada; DOE OFFICERS I-X, individually believed to be employees of NAPHCARE, INC.; and DOES XI-XX, inclusive, <br><br> Defendants. | Case No. 2:11-cv-01301-JAD-VCF <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT NAPHCARE, INC. (ONLY), WITH PREJUDICE** <br><br> [ECF No. 113] |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SUSANNE ZIEGLER, individually, and as Special Co-Administrator of the Estate of FRANCESCO SANFILIPPO; and ALEXANDER M. MAZZOLA, as Special Co-Administrator of the Estate of FRANCESCO SANFILIPPO; Defendant LAS VEGAS METROPOLITAN POLICE

DEPARTMENT; and Defendant NAPHCARE, INC., by and through their respective undersigned attorneys of record, that Defendant NaphCare, Inc. (ONLY), be dismissed, with prejudice. NaphCare, Inc. and Plaintiffs agree to each bear their own fees and costs regarding the dismissed claims.

Nothing in this Stipulation is intended to entitle or limit the prevailing party/parties from recovering any fees and costs that may be claimed or have been claimed by other parties who were a part of this litigation.

DATED this 5th day of MAY, 2016        DATED this 11th day of May 2016.

E. BRENT BRYSON P.C.                   ALVERSON, TAYLOR, MORTENSEN
                                       & SANDERS

By _____             By _____
E. Brent Bryson, Esq. (#004933)        LEANN SANDERS, ESQ. (#000390)
7730 West Sahara Avenue Suite 109      7401 W. Charleston Boulevard
Las Vegas, Nevada 89117                Las Vegas, Nevada 89117
*Attorney for Plaintiffs*              Attorneys for Defendant
                                       NAPHCARE, INC.

DATED this 23 day of May, 2016

MARQUIS AURBACH COFFING

By _____
Craig R. Anderson, Esq. (#006882)
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT*

## ORDER

Based on the parties' stipulation to dismiss all claims against Defendant NaphCare, Inc. [ECF No. 113], which I treat as a joint motion to dismiss under Local Rule 7-1(c), and good cause appearing, IT IS HEREBY ORDERED that all claims against Defendant Naphcare, Inc., only are DISMISSED with prejudice, each side to bear its own fees and costs.

Dated this 1st day of June

_____
Jennifer Dorsey, United States District Judge