# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

SUSANNE ZEIGLER, *et al.*,

         Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al.*,

         Defendants.

2:11-cv-01301-JAD-VCF

**ORDER**

Before the court is Defendant Carl Guildford's Motion to Stay the Execution of the Settlement (ECF NO. 112).   On June 1, 2016, the District Judge granted the Stipulation and Order to Dismiss Defendant Naphcare, Inc. (ECF No. 117).

Accordingly,

IT IS HEREBY ORDERED that Defendant Carl Guildford's Motion to Stay the Execution of the Settlement (ECF NO. 112) is DENIED as MOOT.

DATED this 12th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE