# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SUSANNE ZEIGLER, *et al.*,

          Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

          Defendants.

2:11-cv-01301-JAD-VCF

**ORDER**

      Before the court is Defendant Carl Guilford's Motion for Leave to Proceed *In Forma Pauperis*. (ECF No. 120). Defendant Guilford has filed a Notice of Appeal (ECF No. 119). He now seeks leave to proceed *in forma pauperis* to waive his filing fee for filing the notice of appeal to the Ninth Circuit. *Id.* The Ninth Circuit has opened a case and issued a time schedule order (ECF No. 123).

      Since Defendant Guilford has filed a notice of appeal and is asking to waive his filing fee for filing the notice of appeal to the Ninth Circuit, this request is improperly filed in this court and should be filed with the Ninth Circuit.

      Accordingly,

      IT IS HEREBY ORDERED that Defendant Carl Guilford's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 120) is DENIED.

      The Clerk of Court is directed to mail a copy of Ninth Circuit Order in ECF No. 123 to Defendant Guilford.

      DATED this 28th day of July, 2016.

                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE